IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESUS RODRIGUEZ,

    Plaintiff,

v.

DEBBIE FRITZ, KRISTEN
ASHCHENBRENNER, and
BEVERLY DILLION,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-255-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice for plaintiff Jesus Rodriguez's failure to prosecute it.

| /s/ | 5/8/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |